PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Brandon K. Wright</u>    Case Number: <u>3:15-00103</u>

Name of Current Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable Harry S. Mattice, Jr., U.S. District Judge, EDTN</u>

Date of Original Sentence: <u>November 14, 2011</u>

Original Offense: <u>18 U.S.C. §2252A(a)(5)(B) & (b)(2) Possession of Child Pornography</u>

Original Sentence: <u>71 months' custody and 40 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>May 30, 2014</u>

Assistant U.S. Attorney: <u>To be determined</u>    Defense Attorney: <u>To be determined</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 28 day of Sept, 2015, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Donna Jackson
U.S. Probation Officer

Place    Nashville, Tennessee

Date    September 28, 2015

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall not associate and/or be alone with children under 18 years of age, nor shall he be at any residence where children under the age of 18 are residing, without the prior written approval of the probation officer. In addition, the defendant shall not visit, frequent, or remain about any place where children under the age of 18 normally congregate (public parks, playgrounds, etc.) or any business that caters to and/or targets child customers.**

Mr. Wright advised on September 7, 2015, he went with a co-worker to the co-workers brother's house to work on Mr. Wright's vehicle. The co-worker nor his brother were aware of the offender's status as a convicted sex offender or his restrictions regarding contact with minors. At the residence were three minor children, belonging to the co-worker's brother. Mr. Wright informed he was outside the residence, but on the premises during the entire visit. He advised at one point the children came outside and played for a short time. The offender denies having any physical or verbal contact with the children.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Wright is currently employed by Hayward Pool Company, in Nashville, and lives Hendersonville with his mother and step-father. Mr. Wright was placed in sex offender specific treatment in July 2014. He attends a one-hour group session every week and a one-hour individual counseling session monthly. Mr. Wright has had some issues adjusting to treatment, but is continuing to work on those issues and is attending regularly.

Mr. Wright voluntarily admitted the contact reported in the violation to the probation officer, by phone, on the day of the contact. He was given direction as to the action he should have taken regarding the incident. Dr. Moore, the sex offender treatment provider, was notified and will work with the offender regarding his conditions of supervision and remaining safe in the community.

## U.S. Probation Officer Recommendation:

It is respectfully recommended that no further action be taken by the Court at this time, however, should there be addition violations requiring Court action, it is requested that these matters be heard at that time.

The United States Attorney's office has been consulted and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer